Enrique GOMEZ, Petitioner–Appellant,

v.

**Russell A. PERDUE, Warden of FCI Gilmer, Respondent—Appellee,**

**and**

**Eric Holder, U.S. Attorney General; Director Of Homeland Security; Director Of Bureau Of Prisons; Unknown U.S.D.O.J. Officials, Respondents.**

No. 14–7464.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Enrique Gomez–Rodriguez, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrique Gomez, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Gomez v. Perdue,* No. 2:14–cv–00019–JPB–JSK (N.D.W.Va. Sept. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*